UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| Violet Rabon, | ) | C/A No.: 4:08-cv-3442-GRA |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | (Written Opinion) |
| v. | ) | |
| | ) | |
| Michael J. Astrue, | ) | |
| Commissioner of Social Security | ) | |
| Administration | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Plaintiff petitions this Court for an award of attorney's fees and costs in the above-captioned case under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412. Plaintiff's seeks $6,433.91 in attorney's fees at $172.26 hour for 37.35 hours at the District Court level and $350.00 in costs. However, on April 23, 2010, the parties filed a Joint Stipulation, agreeing that Defendant shall pay Plaintiff $5,500.00 in attorney's fees pursuant to the EAJA. Defendant did not object to Plaintiff's requests for $350.00 in costs, which is paid not from agency funds but from the Judgment Fund. *See* 28 U.S.C. §2412.

After a review of the record, Plaintiff's petition, and the joint stipulation thereto, this Court finds that an award of attorney's fees in the amount stipulated is appropriate.

1

IT IS THEREFORE ORDERED that Plaintiff is awarded five thousand five hundred dollars ($5,500.00) in attorney's fees and three hundred and fifty dollars ($350) in costs.

**IT IS SO ORDERED.**

G. Ross Anderson, Jr.
Senior United States District Judge

Anderson, South Carolina
April  27 , 2010